UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAYLOR DAVIS, et al.,

    Plaintiffs,

v.                              Case No. 8:25-cv-552-JLB-AAS

UNITED STATES OF
AMERICA,

    Defendants.
_____/

## ORDER

Plaintiffs Taylor Davis, as personal representative of Justin Davis, deceased, Taylor Davis, as surviving spouse of Justin Davis, and B.D., E.D., and N.D., surviving children of Justin Davis, request the court seal the second complaint (Doc. 2) filed in this case as the filing lists the names of the three minor children plaintiffs. (Doc. 5). The plaintiffs filed a redacted version of the complaint (Doc. 6) and request it replace the unredacted version (Doc. 2). (Doc. 5, p. 2).

Before filing the unredacted complaint (Doc. 2), the plaintiffs mistakenly filed an unrelated complaint with related exhibits. (Doc. 1). The exhibits list the names of the three minor children plaintiffs. (Doc. 1). "Unless the court orders otherwise, in an electronic or paper filing with the court that contains [ ] the name of an individual known to be a minor, [ ] the filing may

1

include only the minor's initials[.]" Fed. R. Civ. P. 5.2(a)(3). Because both Doc. 1 and Doc. 2 contain the names of the three minor children plaintiffs in violation of Fed. R. Civ. P. 5.2(a)(3), the Clerk is **DIRECTED** to **STRIKE** Docs. 1 and 2 from the docket. Doc. 6 is the operative complaint. The plaintiffs' motion to seal is **MOOT**.

**ORDERED** in Tampa, Florida on March 14, 2025.

AMANDA ARNOLD SANSONE
United States Magistrate Judge